## Case No. 7,251.

### JEFFERS v. FORREST.

[5 Cranch, C. C. 674.] [1]

Circuit Court, District of Columbia. March Term, 1840.

Debt upon an appeal-bond in the penalty of $100. The breach assigned was in not prosecuting the appeal with effect. The defendant [Joseph Forrest] pleaded that the appellant [Madison Jeffers] died pending the appeal, and that at the third term after the death the appeal was abated and discontinued.

Upon demurrer, judgment was rendered for the defendant.

[1] [Reported by Hon. William Cranch, Chief Judge.]